**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-1857**

RONGQI JIA; CAIXIA LI,

        Petitioners,

    v.

MERRICK B. GARLAND, Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 19, 2021                       Decided:  June 1, 2021

Before MOTZ and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Meer M.M. Rahman, East Brunswick, New Jersey, for Petitioners.  Jeffrey Bossert Clark, Assistant Attorney General, Shelley R. Goad, Assistant Director, Tim Ramnitz, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rongqi Jia and his wife, Caixia Li, natives and citizens of the People's Republic of China, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal from the Immigration Judge's decision denying their motion to reopen and rescind their in absentia removal orders. We have reviewed the administrative record and the Board's order and find no abuse of discretion. *See* 8 C.F.R. § 1003.23(b) (2021). We therefore deny the petition for review for the reasons stated by the Board. *See In re Jia* (B.I.A. July 10, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
